UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FARSHAD FARYABI,

          Plaintiff,

v.

BELLEVUE CROSSROADS MALL,

          Defendant.

CASE NO. C18-0956-RAJ

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, he financially qualifies for *in forma pauperis* (IFP) status. Therefore, plaintiff's IFP application (Dkt. 1) is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 2nd day of July, 2018.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING IFP
PAGE - 1